# Exhibit B

THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION

*Filed and Attested by PROTHONOTARY 16 DEC 2014 03:28 pm J. OSTROWSKI*

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>by Attorney General<br>KATHLEEN G. KANE | : | November Term, 2014 |
| | : | No. 1359 |
| Plaintiff | : | |
| vs. | : | |
| THINK FINANCE, INC., et al.   *Defendants* | : | |

### Acceptance of Service by Defendant Financial U, LLC.

I accept service of the Complaint, with Notice of Defend, on behalf of **Defendant Financial U, LLC** and certify that I am authorized to do so.

Dated: 12/15/14

James R. McGuire
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

sf-3487654