# Exhibit C

## CONSENT AND JOINDER TO REMOVAL OF ACTION

Defendants Selling Source, LLC, and PartnerWeekly, LLC, d/b/a MoneyMutual.com hereby consent to and join Defendants Think Finance, Inc., TC Loan Service, LLC, and Financial U, LLC's removal of the action entitled *Commonwealth of Pennsylvania v. Think Finance Inc., et al.,* case number 141101359, from the Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.

Dated: December 16, 2014         DAVIS, PARRY & TYLER, P.C.

By: _____/s/ George Parry_____
George Parry

Attorneys for Defendants
SELLING SOURCE, LLC and
PARTNERWEEKLY, LLC, d/b/a
MONEYMUTUAL.COM

## CONSENT AND JOINDER TO REMOVAL OF ACTION

Defendant National Credit Adjusters, LLC, hereby consent to and join Defendants Think Finance, Inc., TC Loan Service, LLC, and Financial U, LLC's removal of the action entitled *Commonwealth of Pennsylvania v. Think Finance Inc., et al.*, case number 141101359, from the Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.

Dated: December 16, 2014

By: _____
Mark Fletchall
General Counsel of Defendant
NATIONAL CREDIT ADJUSTERS, LLC

## CONSENT AND JOINDER TO REMOVAL OF ACTION

Defendants Elevate Credit, Inc., and Kenneth E. Rees hereby consent to and join Defendants Think Finance, Inc., TC Loan Service, LLC, and Financial U, LLC's removal of the action entitled *Commonwealth of Pennsylvania v. Think Finance Inc., et al.,* case number 141101359, from the Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.

Dated:  December 15, 2014

MONTGOMERY, MCCRAKEN,
WALKER & RHOADS, LLP

By: _____
Richard L. Scheff

Attorneys for Defendants
ELEVATE CREDIT, INC., AND
KENNETH E. REES

## CONSENT TO REMOVAL OF ACTION

Defendants William Weinstein, Weinstein, Pison and Riley, PS, and Cerastes, LLC hereby consent to Defendants Think Finance, Inc., TC Loan Service, LLC, and Financial U, LLC's removal of the action entitled *Commonwealth of Pennsylvania v. Think Finance Inc., et al.*, case number 141101359, from the Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

**BLANK ROME LLP**

Dated: December 16, 2014

By: _____
JAMES T. SMITH
BRIAN S. PASZAMANT
JOHN P. WIXTED
Pa. ID. Nos. 39933, 78410, and 309044
One Logan Square
130 North 18th Street
Philadelphia, PA  19103-6998
Telephone No. (215) 569-5500
Fax No. (215) 569-5555

*Attorneys for Defendants William Weinstein; Weinstein, Pison and Riley, PS; and Cerastes, LLC*