# CERTIFICATE OF SERVICE

I, Arleigh P. Helfer III, hereby certify that on December 17th, 2014, I caused a true and correct copy of the foregoing Notice of Removal to be served upon the following:

### By Hand Delivery

Irv Ackelsberg
Howard I. Langer
John J. Grogan
Edward A. Diver
Peter Leckman
Langer Grogan & Diver, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA  19103
*Counsel for Plaintiff*

### By First Class Mail

Kathleen G. Kane
James A. Donahue III
Saverio P. Mirarchi
Office of Attorney General, Bureau of Consumer Protection
21 South 12th Street, 2nd Floor
Philadelphia, PA  19107
*Counsel for Plaintiff*

George Parry
James Nesland
Davis, Parry & Tyler
1525 Locust Street, 14th Floor
Philadelphia, PA  19102-3732
*Counsel for Defendants Selling Source, LLC,
and Partner Weekly, LLC, d/b/a MoneyMutual.com*

James T. Smith
Brian S. Paszamant
John P. Wixted
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103-6998
*Counsel for Defendants William Weinstein,
Weinstein, Pison and Riley, PS and Cersastes, LLC*

_____
Arleigh P. Helfer III