# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PA, by Attorney General KATHLEEN G. KANE, | : : : | CIVIL ACTION |
| *Plaintiff,* | : : | NO. 14-cv-07139-JCJ |
| v. | : : | |
| THINK FINANCE, INC., et al. | : : | |
| *Defendants.* | : | |

## DISCLOSURE STATEMENT FORM

Please check one box:

☒      The nongovernmental corporate party, <u>Elevate Credit, Inc.</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐      The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock: _____

   12/23/14             s/ RL Scheff
      Date                    Richard L. Scheff (#35213)
                                    Jonathan P. Boughrum (#91019)
                                    Christine M. Prokopick (#209205)
                                    Montgomery, McCracken, Walker & Rhoads, LLP
                                    123 South Broad Street
                                    Philadelphia, PA 19109
                                    215-772-1500

                                    Counsel for: Elevate Credit, Inc.

## CERTIFICATE OF SERVICE

I, Christine M. Prokopick, hereby certify that on this 23rd day of December, 2014, I filed electronically a copy of the foregoing *Disclosure Statement Form*. This document is available for viewing and downloading from the ECF system and electronic notification has been sent to all counsel of record.

 s/ RL Scheff
Richard L. Scheff