# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| COMMONWEALTH OF PA, by<br>Attorney General KATHLEEN G. KANE, | : | CIVIL ACTION |
|---|---|---|
| *Plaintiff,* | : | NO. 14-cv-07139-JCJ |
| v. | : | |
| THINK FINANCE, INC., et al. | : | |
| *Defendants.* | : | |

| COMMONWEALTH OF PA, by<br>Attorney General KATHLEEN G. KANE, | : | CIVIL ACTION |
|---|---|---|
| *Plaintiff,* | : | NO. 15-cv-00092-JCJ |
| v. | : | |
| THINK FINANCE, INC., et al. | : | |
| *Defendants.* | : | |

## STIPULATION OF VOLUNTARY DISMISSAL
## UNDER RULE 41(a)(1)(A)(ii) OF ELEVATE CREDIT, INC.

It is hereby stipulated, by and among the undersigned counsel, subject to the Court's approval, as follows:

1. Plaintiff agrees to dismiss its claims as to Defendant, Elevate Credit, Inc., without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2).

2. Each party will bear its own costs and fees.

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ELEVATE CREDIT, INC. and KENNETH E. REES |
| By:  s/ Saverio P. Mirarchi<br>     SAVERIO P. MIRARCHI<br>     Deputy Attorney General<br>     PA Attorney ID #88616<br>     Commonwealth of Pennsylvania<br>     Office of Attorney General<br>     Bureau of Consumer Protection<br>     21 South 12th Street, 2nd Floor<br>     Philadelphia, Pennsylvania  19107<br>     Phone:  215.560.2414<br>     Fax:  215.560.2494<br>     Email:  smirarchi@attorneygeneral.gov | By:  s/ Richard L. Scheff<br>     RICHARD L. SCHEFF<br>     JONATHAN P. BOUGHRUM<br>     CHRISTINE M. PROKOPICK<br>     Montgomery McCracken Walker & Rhoads<br>     123 South Broad Street, 24th Floor<br>     Philadelphia, PA  19109<br>     Phone:  215.772.7502<br>     Email:  rscheff@mmwr.com |
| By:  s/ Irv Ackelsberg<br>     IRV ACKELSBERG<br>     PA Attorney ID #23813<br>     Howard I. Langer<br>     John J. Grogan<br>     Edward A. Diver<br>     Peter Leckman<br>     LANGER GROGAN & DIVER, PC<br>     1717 Arch Street, Suite 4130<br>     Philadelphia, Pennsylvania  19103<br>     Phone:  215.320.5660<br>     Fax:  215.320.5703<br>     Email:  iackelsberg@langergrogan.com<br>     *Special Counsel to the Commonwealth* | NATIONAL CREDIT ADJUSTERS, LLC<br><br>By:  s/ Edward D. Gehres<br>     EDWARD D. GEHRES<br>     PATRICK DAUGHERTY<br>     Van Ness Feldman, LLP<br>     1050 Thomas Jefferson Street NW, 7th Fl<br>     Washington, DC  20007<br>     Phone:  202.298.1878<br>     Email:  edg@vnf.com |

SELLING SOURCE, LLC and PARTNER WEEKLY, LLC d/b/a MONEYMUTUAL.COM

By: s/ Lloyd George Parry
    LLOYD GEORGE PARRY
    Davis, Parry & Tyler
    1525 Locust Street, 14th Floor
    Philadelphia, PA 19102
    Phone: 215.732.3755, x209
    Email: lgparry@dpt-law.com

    and

By: s/ James Nesland
    JAMES NESLAND
    Law Offices of James E. Nesland
    14252 E. Caley Avenue
    Aurora, CO 80016
    Email: jamesnesland@comcast.net

THINK FINANCE, INC., TC LOAN SERVICE, INC. and FINANCIAL U

By: s/ Ira Neil Richards
    IRA NEIL RICHARDS
    STEPHEN A. FOGDALL
    ARLEIGH P. HELFER, III
    Schnader Harrison Segal & Lewis LLP
    1600 Market St., Suite 3600
    Philadelphia, PA 19103
    Phone: 215.751.2503
    Email: irichards@schnader.com

    and

By: s/ James A. McGuire
    JAMES A. McGUIRE
    ANGELA KLEINE
    LAUREN LYNN WROBLEWSKI
    ELIZABETH GILMORE BALASSONE
    Morrison & Foerster
    425 Market Street
    San Francisco, CA 94105
    Phone:
    Email: jmcguire@mofo.com

    and

By: s/ Walter Cohen
    Walter Cohen
    H. David Seidman
    Obermayer Rebmann Maxwell & Hippel
    One Penn Center, 19th Floor
    1617 John F. Kennedy Boulevard
    Philadelphia, PA 19103
    Phone: 717.221.7920
    Email: walter.cohen@obermayer.com

WILLIAM WEINSTEIN, WEINSTEIN, PISON and RILEY, PS, and CERASTES, LLC

By:  s/ James Smith
    JAMES SMITH
    BRIAN PASZAMANT
    JOHN WIXTED
    Blank Rome
    One Logan Square
    130 North 18th Street
    Philadelphia, PA 19103-6998
    Phone: 215.569.5643
    Email: smith-jt@blankrome.com

SO ORDERED
BY THE COURT:

_____
J. Curtis Joyner, J.