# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PA, by<br>Attorney General KATHLEEN G. KANE, | : | CIVIL ACTION |
| *Plaintiff,* | : | NO. 14-cv-07139-JCJ |
| v. | : | |
| THINK FINANCE, INC., et al. | : | |
| *Defendants.* | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PA, by<br>Attorney General KATHLEEN G. KANE, | : | CIVIL ACTION |
| *Plaintiff,* | : | NO. 15-cv-00092-JCJ |
| v. | : | |
| THINK FINANCE, INC., et al. | : | |
| *Defendants.* | : | |

## STIPULATION OF VOLUNTARY DISMISSAL
## UNDER RULE 41(a)(1)(A)(ii) OF "WEINSTEIN DEFENDANTS"

It is hereby stipulated, by and among the undersigned counsel, subject to the Court's approval, as follows:

1. Plaintiff agrees to dismiss its claims against: (a) William Weinstein; (b) Weinstein, Weinstein, Pinson and Riley, PS; and (c) Cerastes, LLC (collectively referred to in the Complaint as "the Weinstein Defendants"), *without prejudice*, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2). Each party will bear its own costs and fees.

2. The Motion to Dismiss filed on February 20, 2015 (Doc. 39 in No. 14-7139 and Doc. 11 in No. 15-0092) may be marked as being moot.

COMMONWEALTH OF PENNSYLVANIA

By: _____
SAVERIO P. MIRARCHI
Deputy Attorney General
PA Attorney ID #88616
Commonwealth of Pennsylvania
Office of Attorney General
Bureau of Consumer Protection
21 South 12th Street, 2nd Floor
Philadelphia, Pennsylvania 19107
Phone: 215.560.2414
Fax: 215.560.2494
Email: smirarchi@attorneygeneral.gov

By: _____
IRV ACKELSBERG
PA Attorney ID #23813
Howard I. Langer
John J. Grogan
Edward A. Diver
Peter Leckman
LANGER GROGAN & DIVER, PC
1717 Arch Street, Suite 4130
Philadelphia, Pennsylvania 19103
Phone: 215.320.5660
Fax: 215.320.5703
Email: iackelsberg@langergrogan.com
*Special Counsel to the Commonwealth*

WILLIAM WEINSTEIN, WEINSTEIN,
PISON and RILEY, PS, and CERASTES, LLC

By: _____ 3-4-15
JAMES SMITH
BRIAN PASZAMANT
JOHN WIXTED
Blank Rome
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
Phone: 215.569.5643
Email: smith-jt@blankrome.com

SELLING SOURCE, LLC and PARTNER
WEEKLY, LLC d/b/a
MONEYMUTUAL.COM

By: /s/ Lloyd George Parry
    LLOYD GEORGE PARRY
    Davis, Parry & Tyler
    1525 Locust Street, 14th Floor
    Philadelphia, PA 19102
    Phone: 215.732.3755, x209
    Email: lgparry@dpt-law.com

    and

By: /s/ James Nesland
    JAMES NESLAND
    Law Offices of James E. Nesland
    14252 E. Caley Avenue
    Aurora, CO 80016
    Email: jamesnesland@comcast.net


NATIONAL CREDIT ADJUSTERS, LLC

By: /s/ Edward D. Gehres
    EDWARD D. GEHRES
    PATRICK DAUGHERTY
    Van Ness Feldman, LLP
    1050 Thomas Jefferson Street NW, 7th Fl.
    Washington, DC 20007
    Phone: 202.298.1878
    Email: edg@vnf.com

THINK FINANCE, INC., TC LOAN
SERVICE, INC. and FINANCIAL U

By: /s/ Ira Neil Richards
    IRA NEIL RICHARDS
    STEPHEN A. FOGDALL
    ARLEIGH P. HELFER, III
    Schnader Harrison Segal & Lewis LLP
    1600 Market St., Suite 3600
    Philadelphia, PA 19103
    Phone: 215.751.2503
    Email: irichards@schnader.com

    and

By: /s/ James R. McGuire
    JAMES R. McGUIRE
    ANGELA KLEINE
    LAUREN LYNN WROBLEWSKI
    ELIZABETH GILMORE BALASSONE
    Morrison & Foerster
    425 Market Street
    San Francisco, CA 94105
    Phone:
    Email: jmcguire@mofo.com

    and

By: /s/ Walter Cohen
    WALTER COHEN
    H. DAVID SEIDMAN
    Obermayer Rebmann Maxwell & Hippel
    One Penn Center, 19th Floor
    1617 John F. Kennedy Boulevard
    Philadelphia, PA 19103
    Phone: 717.221.7920
    Email: walter.cohen@obermayer.com

KENNETH E. REES

By: /s/ Richard L. Scheff
　　RICHARD L. SCHEFF
　　JONATHAN P. BOUGHRUM
　　CHRISTINE M. PROKOPICK
　　Montgomery McCracken Walker & Rhoads
　　123 South Broad Street, 24th Floor
　　Philadelphia, PA  19109
　　Phone:  215.772.7502
　　Email:  rscheff@mmwr.com


SO ORDERED, BY THE COURT:

_____
J. Curtis Joyner, J.