## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
COMMONWEALTH OF PENNSYLVANIA, by    :
Attorney General KATHLEEN G. KANE,  :
                                    :
        Plaintiff,                  :   CIVIL ACTION
                                    :
    v.                              :
                                    :   NO. 14-cv-7139
THINK FINANCE, INC., et al.,        :
                                    :
                                    :
        Defendants.                 :
```

### ORDER

AND NOW, this    14th    day of January, 2016, upon consideration of Defendants' Motions to Dismiss (Doc Nos. 67, 68, 69, 70, 71, 73), Plaintiff's Response in Opposition thereto (Doc. No. 75), and Defendants' Replies in Further Support thereof (Doc. Nos. 81, 82, 83, 84), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motions to Dismiss are DENIED, with the exception of certain claims under Count Six, as addressed in the attached Memorandum, which are GRANTED.

                                    BY THE COURT:


                                    S/J. Curtis Joyner
                                    J. CURTIS JOYNER, J.