IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>by Attorney General JOSH SHAPIRO,<br><br>**Plaintiff**<br><br>vs.<br><br>THINK FINANCE, INC., TC LOAN SERVICE, LLC, TAILWIND MARKETING, LLC, TC DECISION SCIENCES, LLC, FINANCIAL U, LLC and KENNETH E. REES,<br><br>VICTORY PARK CAPITAL ADVISORS, LLC, VICTORY PARK MANAGEMENT, LLC, GPL SERVICING, LTD., GPL SERVICING AGENT, LLC, GPL SERVICING TRUST, GPL SERVICING TRUST II, VPC/TF TRUST I, and VICTORY PARK CREDIT OPPORTUNITIES MASTER FUND, LTD.,<br>-and-<br>NATIONAL CREDIT ADJUSTERS, LLC,<br><br>**Defendants** | Civil Action<br><br>No. 14-7139-JCJ |

**DECLARATION OF SCOTT ZEMNICK IN SUPPORT OF VICTORY PARK DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

I, Scott Zemnick, declare under penalty of perjury that the foregoing is true and correct:

1.   I am the General Counsel of Victory Park Capital Advisors, LLC ("VPCA") and the Manager of Victory Park Management, LLC. This declaration is submitted in support of the motion to dismiss for lack of personal jurisdiction filed by VPCA, Victory Park Management, LLC ("VPM"), GPL Servicing Ltd. ("GPLS"), GPL Servicing Agent, LLC, GPL Servicing Trust, GPL Servicing Trust II, and VPC/TF Trust I (collectively, the "Victory Park Defendants").

2. I have personal knowledge relating to the legal structure of each of the Victory Park Defendants, their business operations and their lack of contact with Pennsylvania. The statements and conclusions in this declaration are true to the best of my knowledge.

3. VPCA is a Delaware limited liability company headquartered in Chicago, Illinois. VPCA does not maintain any offices, bank accounts, PO boxes, telephone listings or real property in Pennsylvania. None of VPCA's partners or employees resides in Pennsylvania, and VPCA has never been registered to do business in Pennsylvania.

4. VPM is a Delaware limited liability company headquartered in Chicago, Illinois. VPM is wholly owned by VPCA. VPM does not maintain any offices, bank accounts, PO boxes, telephone listings, or real property in Pennsylvania. None of VPM's partners or employees resides in Pennsylvania, and VPM has never been registered to do business in Pennsylvania.

5. GPL Servicing Agent, LLC is a Delaware limited liability that is wholly owned by VPM. GPL Servicing Agent, LLC is a special purpose entity created in July 2012 to serve as a director of GPLS. GPL Servicing Agent, LLC does not maintain any offices, bank accounts, PO boxes, telephone listings, or real property in Pennsylvania. GPL Servicing Agent, LLC does not have any employees that reside in Pennsylvania. GPL Serving Agent, LLC has never been registered to do business in Pennsylvania.

6. VPC/TF Trust I was a Delaware statutory trust with its principal office in Chicago, Illinois. GPLS was the sole beneficiary of the trust. VPC/TF Trust I was terminated on February 6, 2013.

7. GPL Servicing Trust was a Delaware statutory trust with its principal office in Chicago, Illinois. GPLS was the sole beneficiary of the trust. GPL Servicing Trust was terminated on January 25, 2013.

8. GPL Servicing Trust II was a Delaware statutory trust with its principal office in Chicago, Illinois. GPLS was the sole beneficiary of the trust. GPL Servicing Trust II was terminated on January 25, 2013.

9. Victory Park Credit Opportunities Master Fund, Ltd. was a Cayman Islands exempted company. The entity was dissolved in December 2013.

10. GPLS is a Cayman Islands exempted company, incorporated under the Companies Law of the Cayman Islands. GPLS does not maintain any offices, bank accounts, PO boxes, telephone listings, or real property in Pennsylvania. GPLS does not have any employees that reside in Pennsylvania. GPLS has never been registered to do business in Pennsylvania. To the extent that any investors or owners of GPLS may have a presence in Pennsylvania, those contacts are not associated with GPLS or its business.

11. GPLS has acquired participation interests from the Otoe-Missouria Tribe of Indians, located in Oklahoma, the Tunica-Biloxi Tribe of Louisiana, and the Chippewa Cree Tribe, located in Montana (collectively, the "Tribes") through participation agreements with Great Plains Lending, LLC (a lender authorized by the laws of the Otoe-Missouria Tribe), MobiLoans, LLC (a lender authorized by the laws of the Tunica-Biloxi Tribe) and Plain Green, LLC (a lender authorized by the laws of the Chippewa-Cree Tribe). These agreements give GPLS the option to purchase participation interests in a portion of the loans that the Tribes originate. None of the activities relating to the creation or execution of those contracts took place in Pennsylvania and none of the contracts are governed by Pennsylvania law. None of the activities that are involved in GPLS exercising its contractual rights to purchase participation interests under these contracts takes place in Pennsylvania. No transactions between the Tribes and GPLS took place in Pennsylvania or were governed by Pennsylvania law.

12. Based upon my review of GPLS's records and other factual investigation that I have done, I have confirmed that GPLS:

   a. Has never maintained an office in Pennsylvania;

   b. Has never been registered to do business in Pennsylvania;

   c. Has never had any bank accounts, PO boxes or telephone listings in Pennsylvania;

   d. Has never owned, rented or possessed any real property in Pennsylvania;

   e. Has never maintained any passive, interactive, or commercial website publicly accessible to residents of Pennsylvania; and

   f. Has never originated, serviced or collected on any loans in Pennsylvania.

13. The various investment funds that have owned interests in GPLS are not managed in Pennsylvania. To the extent that any investors or owners of GPLS have a presence in Pennsylvania, those contacts are not associated with GPLS or its business.

14. GPLS has not been assigned any loans originated by the Tribes. The Tribes' sale of participation interests in a portion of its loans creates only a contractual relationship between the Tribes and GPLS. The Tribes retain their ownership interest in each of the loans they originate and remain the sole creditor to each borrower.

15. GPLS is not managed by Kenneth Rees, Think Finance, Inc., TC Decision Sciences, LLC, TC Loan Service, LLC, Financial U, LLC or Tailwind Marketing, LLC (collectively, the "Think Defendants"). None of the Think Defendants or, to my knowledge, any of their officers, directors, persons in common control, or entities under common control, has ever owned any management shares of GPLS or has ever managed or controlled GPLS.

16. None of the Victory Pak Defendants has ever participated in identifying borrowers, or underwriting, funding or collecting individual consumer loans associated with the

Tribes. Nor do they collect the payments from consumers, collect on any loans issued by the Tribes, or assist the Tribes in the management or marketing of their lending program.

17. None of the Victory Park Defendants has ever originated any loans to or collected money from any of the Tribes' borrowers residing in Pennsylvania.

18. None of the contracts to which any of Victory Park Defendants is or was a party with respect to Think Finance or the Tribes is or was governed by Pennsylvania law.

19. None of the Victory Park Defendants' transactions with any lending institution associated with Think Finance occurred or was directed at Pennsylvania. None of the contracts that have governed the Victory Park Defendants' relationships with the Tribes or the Think Finance Defendants are governed by Pennsylvania law or were negotiated, executed or performed in Pennsylvania. The contracts were negotiated and executed between VPCA in Chicago and the Think Finance Defendants in Texas.

20. By May 31, 2017, all of the non-management equity shares in GPLS, except those held by Think Finance SPV, LLC were redeemed. Think Finance SPV, LLC is the sole owner of the non-management equity shares of GPLS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this **25** day of August, 2017.

_____
Scott Zemnick