4/28/2015            Gmail - Act Now: Final PayDay One Settlement Offer – 60% off Principal



## Act Now: Final PayDay One Settlement Offer – 60% off Principal
1 message

**PayDay One Team** <updates@mkt.paydayone.com>      Wed, Mar 17, 2010 at 4:24 PM
Reply-To: support@paydayone.com
To:



Account:
Balance: $1045.00
Settlement Amt: $240.00
Final Settlement Offer:
100% OFF LOAN FEES AND 60% OFF PRINCIPAL

Dear Peter Bard,

Expecting a tax refund this year? Whatever your tax situation, we are offering a one-time final settlement offer of 60% off your principal loan balance. Upon receipt of the settlement amount listed above, your account will be considered settled in full. In order to take advantage of this offer we must hear from you or receive payment of good funds within seven (7) days of this letter.



If we do not hear from you we will continue collection activity on your account. This may include having the account listed on your credit report. It is our hope that this will not be necessary and you will contact us immediately.

To take advantage of this one-time settlement opportunity please call us at (866) 580-1227. You can pay by check or credit card. You can also make cash payments through Money Gram or Western Union. Our representatives will be happy to provide you with the necessary information.

We look forward to hearing from you today and helping you to resolve this matter. Again the number to call is (866) 580-1227.

Sincerely,

The PayDay One Team

PO Box 101842
www.paydayone.com

This is an attempt to collect a debt. Any information used will be for that purpose. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Unless you notify us within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, we will assume the debt is valid. If you notify us in writing within 30 days from receiving this notice, our office will obtain verification of the debt and mail you a copy of the verification.

**For California Residents:** The state Rosenthal Fair Debt collection practices Act and the federal Fair Debt