# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, by Attorney General JOSH SHAPIRO, | : : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | No. 14-cv-7139 |
| THINK FINANCE, INC., et al., | : : | |
| Defendants. | : | |

## ORDER

AND NOW, this 26th day of January, 2018, upon consideration of Defendants Victory Park Capital Advisors, LLC, Victory Park Management, LLC, GPL Servicing Agent, LLC, GPL Servicing, Ltd., GPL Servicing Trust, GPL Servicing Trust II, and VPC/TF Trust I's (collectively, the "movants") Motion to Dismiss (Doc. No. 192), Plaintiff's Response in Opposition thereto (Doc. No. 194), and the movants' Reply in Support thereof (Doc. No. 198), it is hereby ORDERED that the Motion is DENIED IN PART and GRANTED IN PART, consistent with this Court's accompanying Memorandum.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.