**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


COMMONWEALTH OF PENNSYLVANIA, by     :
Attorney General JOSH SHAPIRO,       :
                                     :
          Plaintiff,                 :     CIVIL ACTION
                                     :
     v.                              :     No. 14-cv-7139
                                     :
THINK FINANCE, LLC, et al.,          :
                                     :
          Defendants.                :


## ORDER

AND NOW, this   3rd   day of April, 2018, upon

consideration of Defendants Think Finance, LLC (f/k/a Think

Finance, Inc.), TC Loan Service LLC, Tailwind Marketing, LLC, TC

Decision Sciences, LLC, and Financial U, LLC's (collectively,

"Think Finance Defendants") Motion to Transfer Venue (Doc. No.

207), the Commonwealth's Response in Opposition thereto (Doc. No.

208), Defendant Rees' Joinder of the Think Finance Defendants'

Motion to Transfer Venue (Doc. No. 212), the Think Finance

Defendants' Reply in Support of their Motion to Transfer Venue

(Doc. No. 213), and all other relevant material and notices that

the parties have submitted (Doc. Nos. 219, 221, 222, 225, and

227), it is hereby ORDERED that the Motion is DENIED.

                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER, J.