IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA by Attorney General JOSH SHAPIRO, | : |
| Plaintiff, | : |
| vs. | : Civil Action |
| THINK FINANCE, INC., et al., | : No. 14-7139-JCJ |
| Defendants. | : |

FILED
FEB 25 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 22nd day of February 2019, upon consideration of the request of the Commonwealth, and agreed to by Defendants Kenneth Rees and National Credit Adjusters, for an extension of the deadline to file motions for summary judgment, and good cause being shown, the parties' request is GRANTED. The summary judgment filing deadline for all parties is extended to March 8, 2019. The deadline for motions for summary judgment with respect to the Commonwealth's claims against the Think Finance entities and the Victory Park Capital entities remains continued generally, pending further communication from those parties regarding the status of the settlement negotiations taking place in Texas.

BY THE COURT:

_____
J. CURTIS JOYNER, J.