**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA by Attorney General JOSH SHAPIRO,<br>            Plaintiff,<br><br>    v.<br><br>THINK FINANCE, INC., TC LOAN SERVICE, LLC, TAILWIND MARKETING, LLC, TC DECISION SCIENCES, LLC, FINANCIAL U, LLC, KENNETH E. REES, VICTORY PARK CAPITAL ADVISORS, LLC, VICTORY MANAGEMENT, LLC, GPL SERVICING, LTD., GPL SERVICING AGENT, LLC, GPL SERVICING TRUST, GPL SERVICING TRUST II, VPC/TF TRUST I, VICTORY PARK CREDIT OPPORTUNITIES MASTER FUND, LTD., and NATIONAL CREDIT ADJUSTERS, LLC,<br>            Defendants. | CIVIL ACTION<br><br><br><br>NO. 14-7139 |

## **ORDER**

AND NOW, this    18th    day of November, 2019, upon consideration of Plaintiff's Motion for Partial Summary Judgment (Doc. No. 255), Plaintiff's Memorandum of Law in Support of Their Motion for Partial Summary Judgment (Doc. No. 259-2), and the Responses and Replies thereto; Defendants' Motions for Summary Judgment (Doc. Nos. 256 and 257) and the Responses and Replies thereto; Plaintiff's Statement of Undisputed Facts (Doc. No. 262) and the Responses and Replies thereto; and Defendant NCA's Statement of Undisputed Material Facts (Doc. No. 256), it

is hereby ORDERED that the Motions are DENIED for the reasons set forth in the preceding Memorandum Opinion.

BY THE COURT:

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER, J.