IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA by Attorney General JOSH SHAPIRO,<br>            Plaintiff,<br><br>    v.<br><br>THINK FINANCE, INC., TC LOAN SERVICE, LLC, TAILWIND MARKETING, LLC, TC DECISION SCIENCES, LLC, FINANCIAL U, LLC, KENNETH E. REES, VICTORY PARK CAPITAL ADVISORS, LLC, VICTORY MANAGEMENT, LLC, GPL SERVICING, LTD., GPL SERVICING AGENT, LLC, GPL SERVICING TRUST, GPL SERVICING TRUST II, VPC/TF TRUST I, VICTORY PARK CREDIT OPPORTUNITIES MASTER FUND, LTD., and NATIONAL CREDIT ADJUSTERS, LLC,<br>            Defendants. | CIVIL ACTION<br><br><br>NO.  14-7139 |

### ORDER

AND NOW, this     3rd      day of January, 2020, it having been reported that the issues between Plaintiff Commonwealth of Pennsylvania and Victory Park Capital Advisors, LLC; Victory Park Management, LLC; GPL Servicing, LTD.; GPL Servicing Agent, LLC; GPL Servicing Trust; GPL Servicing Trust II; VPC/TF Trust I; and Victory Park Credit Opportunities Master Fund, Ltd. ("GPLS Defendants") in the above action have been settled; upon consideration of the Settlement Agreement Between Commonwealth of Pennsylvania and the GPLS Defendants (Doc. No. 300); and pursuant to the provisions

of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that the above action between Plaintiff and GPLS Defendants is DISMISSED with prejudice, pursuant to the Agreement of Plaintiff and GPLS Defendants, without costs.

BY THE COURT:

S/J. CURTIS JOYNER
_____
J. CURTIS JOYNER, J.