IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA by Attorney General JOSH SHAPIRO,<br>　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH E. REES and NATIONAL CREDIT ADJUSTERS, LLC,<br>　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 14-7139 |

**ORDER**

AND NOW, this    8TH    day of June, 2020, upon consideration of the Joint Letter Request of the Commonwealth of Pennsylvania and Defendant Kenneth Rees (Doc. No. 313) for a 90-day continuance of the deadlines in this case, and it appearing to the Court that good cause exists and the Requesting Parties have preliminarily negotiated a settlement, it is hereby ORDERED that the Requesting Parties' Request is GRANTED and all remaining case management deadlines in this matter are EXTENDED by a period of 90 days to September 21, 2020.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　s/ J. Curtis Joyner
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　J. CURTIS JOYNER, J.