# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, by Attorney General JOSH SHAPIRO, | : : : : | CIVIL ACTION |
| *Plaintiff,* | : : | NO. 14-cv-07139-JCJ |
| v. | : : | |
| THINK FINANCE, INC., et al. | : : | |
| *Defendants.* | | |

# O R D E R

AND NOW, this 8th day of April, 2021, it having been reported that the issues between Plaintiff Commonwealth of Pennsylvania and Defendant Kenneth E. Rees in the above action have been settled, and, upon consideration of the Stipulation of Settlement and Consent Decree Between Commonwealth of Pennsylvania and Defendant Rees (Doc. No. 320), the said Stipulation of Settlement and Consent Decree is APPROVED and SO ORDERED.

It is further ORDERED that, this having resolved all claims against the last remaining Defendant, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, the above action is DISMISSED with prejudice, without costs.

BY THE COURT:

s/J. Curtis Joyner
_____
J. CURTIS JOYNER, J.